No. 1032, Misc. OWENS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se.* *William G. Clark,* Attorney General of Illinois, for respondent.

No. 1095, Misc. ROADHS *v.* TINSLEY, WARDEN. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se.* *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 1114, Misc. WRIGHT *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Supreme Court of Washington. Certiorari denied. Petitioner *pro se.* *John J. O'Connell,* Attorney General of Washington, and *Basil L. Badley,* Assistant Attorney General, for respondents.

No. 1131, Misc. LAWRENSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 1139, Misc. THOMAS *v.* WIMAN, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 1142, Misc. RACINOWSKI *v.* PATE, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 1147, Misc. MATHIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Dale M. Quillen* for petitioner. *Solicitor General Cox* for the United States.

No. 1148, Misc. PANARELLO *v.* RHODE ISLAND. Supreme Court of Rhode Island. Certiorari denied.